UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARICE S. NALLS (#423240)**             **CIVIL ACTION**

**VERSUS**

**N. BURL CAIN, WARDEN**                  **NO. 14-734-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated November 7, 2017, to which an objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana, on December 6, 2017.

 _____
 **JUDGE JOHN W. deGRAVELLES**
 **UNITED STATES DISTRICT COURT**
 **MIDDLE DISTRICT OF LOUISIANA**