UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARICE S. NALLS (#423240)**

**VERSUS**

**N. BURL CAIN, WARDEN**

CIVIL ACTION

NO. 14-734-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 7, 2020 (Doc. 37), to which an objection was filed (Doc. 39);

**IT IS ORDERED** that the petitioner's Motion for Stay and Abeyance (R. Doc. 34) is denied as moot.

Signed in Baton Rouge, Louisiana, on <u>August 3, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**