UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARICE S. NALLS (#423240)**

**VERSUS**

**N. BURL CAIN, WARDEN**

CIVIL ACTION

NO. 14-734-JWD-RLB

<u>**OPINION**</u>

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 7, 2020 (Doc. 38), to which an objection was filed (Doc. 39);

**IT IS ORDERED** that the petitioner's application for habeas corpus relief (Doc. 1) is denied, with prejudice.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 3, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**